# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: jlecky | Date Created: 12/30/2016 |
| Case: 1−16−45871−nhl | Form ID: 309A | Total: 25 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Maria Fernandez | 1779 New York Ave    Brooklyn, NY 11210−3926 |
| tr | Lori Lapin Jones | Lori Lapin Jones PLLC    98 Cutter Mill Road    Suite 201 North    Great Neck, NY 11021 |
| aty | Irene Marie Costello | Shipkevich, PLLC    65 Broadway    508    New York, NY 10006 |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit    PO Box 5300    Albany, NY 12205 |
| smg | NYC Department of Finance | 345 Adams Street    Office of Legal Affairs    Brooklyn, NY 11201−3719 |
| smg | NYS Unemployment Insurance | Attn: Insolvency Unit    Bldg. #12, Room 256    Albany, NY 12240 |
| smg | Office of the United States Trustee | Eastern District of NY (Brooklyn Office)    U.S. Federal Office Building    201 Varick Street, Suite 1006    New York, NY 10014 |
| 8936769 | American Honda Finance | 600 Kelly Way    Holyoke, MA 01040−9681 |
| 8936768 | American Honda Finance | PO Box 168088    Irving, TX 75016−8088 |
| 8936771 | Barclays Bank Delaware | PO Box 8801    Wilmington, DE 19899−8801 |
| 8936770 | Barclays Bank Delaware | PO Box 8803    Wilmington, DE 19899−8803 |
| 8936772 | Capital One Auto Finan | 3901 Dallas Pkwy    Plano, TX 75093−7864 |
| 8936773 | Capital One Auto Finance | Attn: Bankruptcy Dept    PO Box 30258    Salt Lake City, UT 84130−0258 |
| 8936774 | Chase Card | Attn: Correspondence    PO Box 15298    Wilmington, DE 19850−5298 |
| 8936775 | Chase Card | PO Box 15298    Wilmington, DE 19850−5298 |
| 8936776 | Citi | PO Box 6241    Sioux Falls, SD 57117−6241 |
| 8936777 | Citibank | Citicorp Credit Srvs/Centralized Bankrup    PO Box 790040    Saint Louis, MO 63179−0040 |
| 8936778 | Comenity Bank/Nwyrk&Co | 220 W Schrock Rd    Westerville, OH 43081−2873 |
| 8936779 | Dsnb Macys | 9111 Duke Blvd    Mason, OH 45040−8999 |
| 8936780 | Equifax | PO Box 740256    Atlanta, GA 30374−0256 |
| 8936781 | Experian | PO Box 4500    Allen, TX 75013−1311 |
| 8936782 | Kohls/Capital One | PO Box 3120    Milwaukee, WI 53201−3120 |
| 8936783 | Kohls/capone | PO Box 3115    Milwaukee, WI 53201−3115 |
| 8936784 | Transunion | TransUnion LLC Consumer Dispute Center    PO Box 2000    Chester, PA 19022−2000 |
| 8936785 | Visa Dept Store National Bank | Attn: Bankruptcy    PO Box 8053    Mason, OH 45040−8053 |

TOTAL: 25